IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DAMIAN DESHANN HOGAN,

     Petitioner,

v.

STATE OF FLORIDA,

     Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-2177

Opinion filed June 8, 2015.

Petition for Belated Appeal -- Original Jurisdiction.

Mark Shirk, Public Defender; Elizabeth H. Webb and Michael I. Bateh, Assistant Public Defenders, Jacksonville, for Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

     The petition seeking a belated appeal of the judgment and sentence rendered April 2, 2015, in Duval County Circuit Court case number 16-2010-CF-013679-AXXX-MA, is granted. Upon issuance of mandate, a copy of this opinion shall be

furnished to the clerk of the lower tribunal for treatment as a notice of appeal. The court notes that the lower tribunal has appointed the Office of the Public Defender to represent petitioner on appeal.

ROBERTS, WETHERELL, and OSTERHAUS, JJ., CONCUR.